IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LORI GRAHAM,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

        Defendant.

Case No. 2:10-cv-216

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kemp

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on February 8, 2011. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of specific errors (Doc. #16) is sustained only to the extent that the case is remanded to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four, for further proceedings consistent with the Report and Recommendation.

**IT IS SO ORDERED.**

3-3-2011
**DATED**

EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT JUDGE**